ALBERT VAN NOSTRAND, Respondent, v. DWIGHT-MURRAY REALTY COMPANY and Another, Defendants, Impleaded with JEREMIAH ZIMMERMAN, Appellant.— Upon the stipulation filed, the order of this court, dated May 24, 1923, is vacated

and set aside, and the appeal dismissed, without costs. [See 206 App. Div. 207.] Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.